**FOURTH DIVISION**
**DILLARD, P. J.,**
**BROWN and MARKLE, JJ.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**November 26, 2019**

# In the Court of Appeals of Georgia

A17A1408. ORTHO SPORT & SPINE PHYSICIANS SAVANNAH, LLC v. CHAPPUIS et al.

BROWN, Judge.

In *Chappuis v. Ortho Sport & Spine Physicians Savannah*, 305 Ga. 401 (825 SE2d 206) (2019) (*Chappuis II*), the Supreme Court of Georgia vacated Division 2 of this Court's opinion in *Ortho Sport & Spine Physicians Savannah v. Chappuis*, 344 Ga. App. 233 (808 SE2d 559) (2017) (*Chapuis I*), "with instructions" for this Court "to vacate the trial court's order on the defendants' motion to strike and to remand the case to the trial court with direction to reconsider the motion consistent with the law set forth" in the Supreme Court of Georgia's opinion. *Chappuis II*, 305 Ga. at 414 (3). Accordingly, we vacate Division 2 of our prior opinion, adopt the opinion of the Supreme Court of Georgia, and vacate the trial court's grant of the motion to strike

portions of Ortho Sport & Spine Physicians Savannah, LLC's complaint. Id. We make no changes to Division 1 of our opinion in *Chappuis I*, in which we affirmed in part, reversed in part, the trial court's grant of Jordan Strudthoff's motion to dismiss.

*Judgment affirmed in part, reversed in part, and vacated in part. Dillard, P. J., and Markle, J., concur.*